IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CAROLYN RAWLS,                      )
                                    )
    Plaintiff,                      )
                                    )    CIVIL ACTION NO.
    v.                              )      2:11cv59-MHT
                                    )         (WO)
ALABAMA DEPARTMENT OF               )
HUMAN RESOURCES,                    )
                                    )
    Defendant.                      )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Alabama Department of Human Resources's motion for summary judgment (Doc. No. 34) is granted.

(2) Judgment is entered in favor of defendant Alabama Department of Human Resources and against plaintiff Carolyn Rawls, with plaintiff Rawls taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Rawls, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 17th day of April, 2012.**

                                     **  /s/ Myron H. Thompson  **
                                      **UNITED STATES DISTRICT JUDGE**