IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CAROLYN RAWLS,                      ) | |
|     )| |
|     Plaintiff,                      ) | |
|     )| CIVIL ACTION NO. |
|     v.                      ) | 2:11cv59-MHT |
|     )| (WO) |
| STATE OF ALABAMA              ) | |
| DEPARTMENT OF HUMAN           ) | |
| RESOURCES,                    ) | |
|     )| |
|     Defendant.                      ) | |

ORDER

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on February 11, 2013, wherein the final judgment of this court made and entered herein on April 17, 2012 (Doc. No. 62), was in all respects affirmed; and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on March 21, 2013, and received in the office of the clerk of this court on March 21, 2013 (Doc. No. 78), it is the ORDER, JUDGMENT, and DECREE of the court that the final judgment of this court made and entered on

April 17, 2012 (Doc. No. 62), is continued in full force and effect.

DONE, this the 26th day of March, 2013.

                                      <u>/s/ Myron H. Thompson</u>
                                      **UNITED STATES DISTRICT JUDGE**